UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LATASHA JONES,

    Plaintiff,

v.

                                  Case No. 20-cv-12902
                                  Hon. Matthew F. Leitman

STATE AUTO PROPERTY AND
CASUALTY INSURANCE COMPANY, *et. al.*,

    Defendants.
_____/

**<u>ORDER (1) GRANTING DEFENDANT STATE AUTO'S MOTION TO DISMISS FIRST AMENDED COMPLAINT (ECF No. 14); (2) TERMINATING DEFENDANT STATE AUTO'S MOTION FOR AN EXTENSION OF TIME TO ANSWER FIRST AMENDED COMPLAINT (ECF No. 15) AS MOOT; AND (3) DISMISSING DEFENDANTS ROBERT AND REGINE STEVENS' CROSS-CLAIMS (ECF Nos 12, 13)</u>**

On November 22, 2020, Plaintiff Latasha Jones filed a First Amended Complaint in this action. (*See* First Am. Compl., ECF No. 7.) The First Amended Complaint added two new parties: Robert and Regine Stevens. (*See id.*) Defendant State Auto Property and Casualty Insurance Company has now filed a motion to dismiss the First Amended Complaint on the grounds that Jones had no right to file the amendment and the amendment should not be permitted. (*See* Mot. to Dismiss, ECF No. 14.) State Auto has also filed a motion for an extension of time to file an answer or otherwise respond to the First Amended Complaint. (*See* Mot. for

1

Extension of Time, ECF No. 15.)  The Court held a video hearing on both motions on March 18, 2021. (*See* Notice of Hearing, ECF No. 19.)

For the reasons stated on the record during the motion hearing, State Auto's motion to dismiss the First Amended Complaint (ECF No. 14) is **GRANTED**.  The First Amended Complaint is **DISMISSED**. Jones and State Auto shall proceed to litigate (1) the claims in Jones' initially-filed Complaint and (2) State Auto's counterclaims.

In addition, for the reasons stated on the record, the cross-claims filed by Defendants Robert and Regine Stevens (ECF Nos. 12, 13) are **DISMISSED**.

Finally, because the Court has dismissed Jones' First Amended Complaint, State Auto's motion for an extension of time to respond to that pleading (ECF No. 15) is **TERMINATED AS MOOT**.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  March 18, 2021

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 18, 2021, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764