UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LATASHA JONES,

    Plaintiff,

v.

Case No. 20-cv-12902
Hon. Matthew F. Leitman

STATE AUTO PROPERTY AND
CASUALTY INSURANCE COMPANY,

    Defendant.
_____/

### ORDER (1) DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (ECF No. 23) AND (2) REFERRING MATTER FOR SETTLEMENT CONFERENCE WITH MAGISTRATE JUDGE

On December 30, 2021, Defendant State Auto Property and Casualty Company filed a motion for summary judgment in this insurance coverage dispute. (*See* Mot., ECF No. 23.) The Court held a hearing on the motion on April 11, 2022. For the reasons explained on the record at the conclusion of the motion hearing, the motion is **DENIED**. As further explained on the record, this matter is now **REFERRED** to the assigned Magistrate Judge for a settlement conference. That conference shall take place no earlier than June 1, 2022.

    **IT IS SO ORDERED**.

                            s/Matthew F. Leitman
                            MATTHEW F. LEITMAN
                            UNITED STATES DISTRICT JUDGE

Dated: April 11, 2022

     I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 11, 2022, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126
